IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    v.<br><br>**ANTONIO ROMAN-BETANCOURT**<br>    **Defendant** | **Criminal No. 08-0061-02  (ADC)** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Justo Arenas, Chief U.S. Magistrate Judge on July 16, 2008. (**Docket No. 44**). In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Antonio Román-Betancourt** be adjudged guilty of the offenses charged in Count Two (2) (46 U.S.C. §§ 70502(b), 70503(a)(1), 70504(b)(1) and 18 U.S.C. § 2.) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

Criminal No. 08-0061-02 (ADC)                                                                                     Page -2-

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count Two (2) of the indictment in the above-captioned case.

**The sentencing hearing is set for October 31, 2008 at 3:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 4th day of August, 2008.

                                        S/**AIDA M. DELGADO-COLON**
                                        **United States District Judge**